IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH R. KARSNER, IV<br>2294 Lighthouse Lane<br>Connolly Springs, North Carolina  28612<br><br>           Petitioner<br><br>v.<br><br>PAMELA LOTHIAN<br>10875 Campaign Court<br>Manassas, Virginia  20109<br><br><u>Serve on</u>:<br><br>William B. Young, Jr., Esq.<br>Colling, Gilbert, Wright & Carter<br>2301 Maitland Center Parkway, Suite 240<br>Maitland, Florida  32751<br><br>and<br><br>THE NATIONAL ASSOCIATION OF<br>SECURITIES DEALERS<br>2nd Floor<br>9509 Key West Avenue<br>Rockville, Maryland  20850<br><br>           Respondents | Civil Action No.:  I:07-CV-00334-RJL<br><br><br><br><br><br><br><br>**NASD'S RESPONSE TO<br>PETITION TO CONFIRM<br>ARBITRATION AWARD AND<br>CERTIFICATE OF SERVICE** |

Respondent National Association of Securities Dealers, Inc. ("NASD") here by responds to the Petition to Confirm Arbitration Award as follows:

     NASD does not oppose confirmation of the arbitration award or the expungement relief contained herein.

                                              Respectfully submitted,

                                              National Association of Securities
Dealers, Inc.

Dated: March 19, 2007
      Washington, D.C.                   /s/_____
                                        Terri L. Reicher, DC Bar No. 414685
                                        Associate General Counsel
                                        National Association of
                                        Securities Dealers, Inc.
                                        1735 K Street, N.W.
                                        Washington, D.C. 20006
                                        Telephone (202) 728-8967
                                        FAX (202) 728-8894

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of March, 2007, I sent the below-listed documents by overnight mail, Federal Express, to: George S. Mahaffey, Goodell, DeVries, Leech & Dann, L.L.P., One South Street, 20th Floor, Baltimore, MD 21202, and William B. Young, Jr., Colling, Gilbert, Wright & Carter, 2301 Maitland Center Parkway, Suite 240, Maitland, FL 32751.

1. NASD's Response to Petition to Confirm Arbitration Award and Certificate of Service.

Dated: March 19, 2007
       Washington, D.C.                    /s/
                                           Terri L. Reicher