FILED
APR 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSEPH R. KARSNER, IV
2294 Lighthouse Lane
Connolly Springs, North Carolina 28612

 Petitioner

v.

PAMELA LOTHIAN
10875 Campaign Court
Manassas, Virginia 20109

and

THE NATIONAL ASSOCIATION OF
SECURITIES DEALERS
2nd Floor
9509 Key West Avenue
Rockville, Maryland 20850

 Respondents

NASD Case No.: 04-007347

Civil Action No.: 1:07-CV-00334 RJL

## ORDER

Having considered Petitioner's Amended Petition to Confirm Arbitration Award and after considering the record as a whole, it is this 11th day of April 2007, hereby:

**ORDERED** that Petitioner's Amended Petition to Confirm Arbitration Award shall be and is **GRANTED** and that the Stipulated Award entered in the NASD action styled *Lothian v. Legacy et al.*, NASD No.: 04-007347 is confirmed thereby granting all relief set forth in the Stipulated Award.

_____
Judge, United States District Court for the
District of Columbia