United States District Court for the
District of Columbia
File Number 1:07-cv-00334-RJL

| | |
|---|---|
| Joseph R. Karsner, IV, Petitioner     ) | |
|                                        ) | |
|                                        ) | |
|     v.                                 ) | **Notice of Appeal** |
|                                        ) | |
| Pamela Lothian and                     ) | |
| The National Association of            ) | |
| Securities Dealers, Respondents        ) | |
|                                        ) | |
|                                        ) | |
| Melanie Senter Lubin,                  ) | |
| Maryland Securities Commissioner, Movant ) | |

    Notice is hereby given that Melanie Senter Lubin, Maryland Securities Commissioner, movant in the above named case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from an order denying the Maryland Securities Commissioner's Motion to Intervene entered in this action on the 9th day of April, 2007.

                                                                                                           /s/
                                                               Attorneys for Movant

                                                               Douglas F. Gansler
                                                               Attorney General of Maryland

                                                               Kelvin M. Blake
                                                               Assistant Attorney General
Division of Securities
200 St. Paul Place, 25th Floor
Baltimore, MD 21202
410/576-7783

Lucy A. Cardwell
Assistant Attorney General
Division of Securities
200 St. Paul Place, 25th Floor
Baltimore, MD 21202
410/576-6337