IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CIVIL DIVISION

| | | |
|---|---|---|
| **JOSEPH R. KARSNER, IV,** | * | |
| Petitioner, | * | NASD Case No.: 04-07347 |
| | | Civil Action No.: 1:07-cv-00334-RJL |
| v. | * | |
| **PAMELA LOTHIAN** and | * | |
| **THE NATIONAL ASSOCIATION OF SECURITIES DEALERS,** | * | |
| Respondents. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MARYLAND SECURITIES COMMISSIONER'S
MOTION FOR A STAY PENDING APPEAL**

Pursuant to Rule 62 of the Federal Rules of Civil Procedure, the Maryland Securities Commissioner, Melanie Senter Lubin, by and through undersigned counsel, moves this Court to stay the Order entered in this action on April 12, 2007, pending an appeal of the Court's order denying the Securities Commissioner's Motion to Intervene in this action. In support thereof, the Securities Commissioner states (a) there is a strong likelihood that she will ultimately succeed on the merits of the appeal; (b) without a stay, the Securities Commissioner will suffer irreparable injury; (c) a stay will not substantially harm other interested parties; and (d) the public interest will be served by granting a stay. In further support thereof, the Securities Commissioner submits the attached Memorandum in Support of the Maryland Securities Commissioner's Motion for a Stay Pending Appeal.

WHEREFORE, the Securities Commissioner requests that this motion be granted or, alternatively, that a hearing be set in this matter.

        Respectfully submitted,

        Douglas F. Gansler
        Attorney General of Maryland


        _____/s/_____
        Kelvin M. Blake
        Assistant Attorney General
        Division of Securities
        200 St. Paul Place, 25th Floor
        Baltimore, MD 21202
        410/576-7783



        _____/s/_____
        Lucy Cardwell
        Assistant Attorney General
        Division of Securities
        200 St. Paul Place, 25th Floor
        Baltimore, MD 21202
        410/576-6337

May 11, 2007

CERTIFICATE OF SERVICE

      I hereby certify that I have this day served the foregoing Motion To Stay, memorandum in support thereof, and proposed Order, by causing a copy to be sent electronically, to:

George S. Mahaffey, Jr., Esq.
Goodell, DeVries, Leech & Dann, LLP
One South St., 20th Floor
Baltimore, MD 21202
*Counsel for Petitioner Joseph Karsner*


Karen Weinstein
NASD Registration and Disclosure Department
9509 Key West Ave., 2nd Floor
Rockville, MD 20850
*Counsel for NASD, Respondent*


William B. Young, Jr., Esq.
Colling, Gilbert, Wright & Carter
801 N. Orange Avenue, Ste 830
Orlando, FL 32801
*Counsel for Pamela Lothian, Respondent*


May 11, 2007                                           /s/
                                                       Kelvin M. Blake