IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH R. KARSNER, IV<br>2294 Lighthouse Lane<br>Connolly Springs, North Carolina  28612<br><br>              Petitioner<br><br>v.<br><br>PAMELA LOTHIAN<br>10875 Campaign Court<br>Manassas, Virginia  20109<br><br>Serve on:<br><br>William B. Young, Jr., Esq.<br>Colling, Gilbert, Wright & Carter<br>2301 Maitland Center Parkway, Suite 240<br>Maitland, Florida  32751<br><br>and<br><br>THE NATIONAL ASSOCIATION OF<br>SECURITIES DEALERS<br>2nd Floor<br>9509 Key West Avenue<br>Rockville, Maryland  20850<br><br>              Respondents | Civil Action No.:  I:07-CV-00334-RJL |

**ENTRY OF APPEARANCE**

Dear Clerk:

      Please enter the appearance of Betty G. Brooks, Financial Industry Regulatory Authority, Inc. ("FINRA"), as additional counsel for the defendant, FINRA, in the above-captioned case. [1]

---

[1] As of July 30, 2007, National Association of Securities Dealers, Inc. ("NASD") changed its name to Financial Industry Regulatory Authority, Inc. ("FINRA").

Respectfully submitted,

/s/ _____
Betty G. Brooks, FL Bar No. 0611603
Associate General Counsel
Financial Industry Regulatory
Authority, Inc.
1735 K Street, N.W.
Washington, D.C. 20006
Telephone (202) 728-8288
Facsimile (202) 728-8894


/s/ _____
Terri L. Reicher, DC Bar No. 414685
Associate General Counsel
Financial Industry Regulatory
Authority, Inc.
1735 K Street, N.W.
Washington, D.C. 20006
Telephone (202) 728-8967
Facsimile (202) 728-8894

Attorneys for Defendant,
Financial Industry Regulatory
Authority, Inc.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 10th day of October, 2007, a copy of the foregoing paper was filed with the Court's electronic case filing system and was mailed, via first-class mail, postage prepaid, to:

>Richard J. Magid
>Whiteford, Taylor & Preston
>7 Saint Paul Street
>Baltimore, MD   21202
>
>George S. Mahaffey
>Goodell, DeVries, Leech & Dann, L.L.P.
>One South Street, 20th Floor
>Baltimore, MD  21202
>
>and
>
>William B. Young, Jr.
>Colling, Gilbert, Wright & Carter
>2301 Maitland Center Parkway, Suite 240
>Maitland, FL  32751

.                                                  /s/_____
                                                   Betty G. Brooks